UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| VICTOR WADE HOWENSTINE, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. C-09-247 |
| | § | |
| RICK THALER, | § | |
| | § | |
| Respondent. | § | |

**ORDER ADOPTING MEMORANDUM AND
RECOMMENDATION TO DENY
PETITIONER'S MOTION FOR INJUNCTIVE RELIEF**

On November 10, 2009, United States Magistrate Judge Brian L. Owsley signed a Memorandum and Recommendation recommending that petitioner's motion for a court order against harassment (D.E. 12) be denied. Seeing no objection to this recommendation by either party and having now reviewed the recommendation, this Court hereby adopts as its own the Memorandum and Recommendation as the decision of the Court. Accordingly, it is

ORDERED that petitioner's motion for a court order against harassment is denied.

The clerk shall enter this order and provide a copy to all parties.

SIGNED and ORDERED this 8th day of December, 2009.

_____
Janis Graham Jack
United States District Judge